
A CERTIFIED TRUE COPY
ATTEST
By Jakeia Mells on May 04, 2009
FOR THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL on MULTIDISTRICT LITIGATION

Apr 16, 2009

FILED
CLERK'S OFFICE

IN RE: YAMAHA MOTOR CORP. RHINO ATV
PRODUCTS LIABILITY LITIGATION

MDL No. 2016

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-6)**

FILED & CERTIFIED
JEFFREY A. APPERSON, CLERK
U.S. DISTRICT COURT
W/D of KENTUCKY

Date: May 04, 2009
By: Michelle Goetzinger
Deputy Clerk

On February 13, 2009, the Panel transferred 51 civil actions to the United States District Court for the Western District of Kentucky for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  See ___F.Supp.2d.___ (J.P.M.L. 2009).  Since that time, 22 additional actions have been transferred to the Western District of Kentucky.  With the consent of that court, all such actions have been assigned to the Honorable Jennifer B. Coffman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Kentucky and assigned to Judge Coffman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Kentucky for the reasons stated in the order of February 13, 2009, and, with the consent of that court, assigned to the Honorable Jennifer B. Coffman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Kentucky.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

May 04, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: YAMAHA MOTOR CORP. RHINO ATV
PRODUCTS LIABILITY LITIGATION                MDL No. 2016

## SCHEDULE CTO-6 - TAG-ALONG ACTIONS

| **DIST.** | **DIV.** | **C.A. #** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ALM | 3 | 09-216 | Christie Stallions v. Yamaha Motor Corp., USA, et al. |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 09-2221 | Christopher Burd, et al. v. Yamaha Motor Corp., USA, et al. |
| CAC | 8 | 09-416 | Kevin Scott Ryerson v. Yamaha Motor Corp., USA, et al. |
| NORTH CAROLINA WESTERN | | | |
| NCW | 2 | 09-24 | John Beni v. Yamaha Motor Corp., USA, et al. |
| NEW MEXICO | | | |
| NM | 6 | 09-258 | Daniel Luna v. Yamaha Motor Co., Ltd., et al. |
| TEXAS NORTHERN | | | |
| TXN | 3 | 09-356 | Amanda McCoy v. Yamaha Motor Corp., USA, et al. |
| WEST VIRGINIA NORTHERN | | | |
| WVN | 2 | 09-48 | Brian Shears, etc. v. Yamaha Motor Co., Ltd., et al. |
| WEST VIRGINIA SOUTHERN | | | |
| WVS | 2 | 09-320 | Erik Morris v. Yamaha Motor Co., Ltd., et al. |
| WVS | 2 | 09-330 | Teresa Urban, etc. v. Yamaha Motor Corp., USA, et al. |